**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br>ANN ARBOR PUBLIC SCHOOLS, MICHIGAN Plaintiff v.<br>META PLATFORMS, INC., et al., Defendants.<br><br>Member Case No.: | **LOCAL GOVERNMENT AND SCHOOL DISTRICT MASTER SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL** |

The Plaintiff(s) named below file(s) this *Short-Form Complaint and Demand for Jury Trial* against the Defendant(s) named below by and through their undersigned counsel. Plaintiff(s) incorporate(s) by reference the allegations, claims, and relief sought in *Plaintiffs' Master Local Government and School District Complaint* ("Master Complaint") as it relates to the named Defendant(s) (checked-off below), filed in *In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047, in the United States District Court for the Northern District of California. Plaintiff(s) file(s) this *Short-Form Complaint* as permitted by Case Management Order No 8.

Plaintiff(s) indicate(s) by checking the relevant boxes below the Parties and Causes of Actions specific to Plaintiff(s)' case.

Plaintiff(s), by and through their undersigned counsel, allege(s) as follows:

## I. DESIGNATED FORUM

1. *For Direct Filed Cases:* Identify the Federal District Court in which the Plaintiff(s) would have filed in the absence of direct filing:

United States District Court, Eastern District of Michigan

2. *For Transferred Cases:* Identify the Federal District Court in which the Plaintiff(s) originally filed and the date of filing:

## II. IDENTIFICATION OF PARTIES

### A. PLAINTIFF(S)

3. *Plaintiff(s):* Name(s) of the local government or school district alleging claims against Defendant(s):

Ann Arbor Public Schools

4. Number of schools served in the Plaintiff(s)' school district or local community:

32

5. Number of minors served in the Plaintiff(s)' school district or local community:

approximately 17,026

6. At the time of the filing of this *Short-Form Complaint*, Plaintiff(s) is/are a resident and citizen of [*Indicate State*]:

Michigan

**B. DEFENDANT(S)**

7. Plaintiff(s) name(s) the following Defendant(s) in this action [*Check all that apply*]:

**META ENTITIES**

☒ META PLATFORMS, INC., *formerly known as* Facebook, Inc.

☒ INSTAGRAM, LLC

☒ FACEBOOK PAYMENTS, INC.

☒ SICULUS, INC.

☒ FACEBOOK OPERATIONS, LLC

☒ FACEBOOK HOLDINGS, LLC

☒ META PAYMENTS INC.

**TIKTOK ENTITIES**

☒ BYTEDANCE LTD

☒ BYTEDANCE INC.

☒ TIKTOK LTD

☒ TIKTOK LLC

☒ TIKTOK INC.

**SNAP ENTITY**

☒ SNAP, INC.

**GOOGLE ENTITIES**

☒ GOOGLE, LLC

☒ YOUTUBE, LLC

**OTHER DEFENDANTS**

For each "Other Defendant" Plaintiff(s) contends are additional parties and are liable or responsible for Plaintiff(s)' damages alleged herein, Plaintiff(s) must identify by name each Defendant and its citizenship, and Plaintiff(s) must plead the specific facts supporting any claim against each "Other Defendant" in a manner complying with the requirements of the Federal Rules of Civil Procedure. In doing so, Plaintiff(s) may attach additional pages to this *Short-Form Complaint*.

| NAME | CITIZENSHIP |
|---|---|
| Alphabet Inc. | Delaware, California |
| XXVI Holdings Inc. | Delaware, California |
| Facebook Technologies, LLC | Delaware, California |
| Discord Inc. | Delaware, California |
| Roblox Corporation | Delaware, California |

## III. CAUSES OF ACTION ASSERTED

8. The following Causes of Action asserted in the *Master Complaint*, and the allegations with regard thereto, are adopted in this *Short-Form Complaint* by reference (*check all that are adopted*):

| Asserted Against[1] | Count Number | Cause of Action (COA) |
|---|---|---|
| ☒ Meta entities<br>☒ Snap<br>☒ TikTok entities<br>☒ Google entities<br>☒ Other Defendant(s)[2] | 1 | NEGLIGENCE |
| ☒ Meta entities<br>☒ Snap<br>☒ TikTok entities<br>☒ Google entities<br>☒ Other Defendant(s) | 2 | PUBLIC NUISANCE |

**NOTE**

If Plaintiff(s) want(s) to allege additional Cause(s) of Action other than those selected in paragraph 8, which are the Causes(s) of Action set forth in the *Master Complaint*, the facts supporting those additional Cause(s) of Action, must be pled in a manner complying with the requirements of the Federal Rules of Civil Procedure. In doing so, Plaintiff(s) may attach additional pages to this *Short-Form Complaint*.

## IV. ADDITIONAL CAUSES OF ACTION

9. Plaintiff(s) assert(s) the following additional Causes of Action and supporting allegations against the following Defendants:

Count III - Fraudulent Misrepresentation and Concealment against all Defendants.

See Attachment A: SUPPORTING ALLEGATIONS REGARDING SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL.

[1] For purposes of this paragraph, "entity" means those Defendants identified in Paragraph 7 (*e.g.*, "TikTok entities" means all TikTok Defendants against which Plaintiff(s) is/are asserting claims).

[2] Reference selected "Other Defendants" by the corresponding row number in the "Other Defendant(s)" chart identified in Paragraph 7.

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the *Master Complaint*, and any additional relief to which Plaintiff(s) may be entitled.

**JURY DEMAND**

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

****

By signature below, Plaintiff(s)' counsel hereby confirms their submission to the authority and jurisdiction of the United States District Court of the Northern District of California and oversight of counsel's duties under Federal Rule of Civil Procedure 11, including enforcement as necessary through sanctions and/or revocation of *pro hac vice* status.

/s/ Paul F. Novak

Name: Paul F. Novak

Firm: Weitz & Luxenberg P.C.

Address: 3011 W. Grand Blvd, 24th Floor, Detroit, MI 48202

Phone: (313) 800-4166

Fax: (646) 293-7992

Email: pnovak@weitzlux.com

*Attorneys for Plaintiff(s)*

WEITZ & LUXENBERG P.C.
JAMES J. BILSBORROW
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
jbilsborrow@weitzlux.com

WEITZ & LUXENBERG P.C.
DEVIN BOLTON (290037)

# ATTACHMENT A

WEITZ & LUXENBERG P.C.
DEVIN BOLTON (290037)
1880 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 247-0921
Facsimile: (212) 344-5461
dbolton@weitzlux.com

Attorneys for Plaintiff

WEITZ & LUXENBERG, P.C.
PAUL F. NOVAK
3011 W. Grand Blvd, 24th Floor
Detroit, MI 48202
(313)800-4166
pnovak@weitzlux.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ANN ARBOR PUBLIC SCHOOLS, MICHIGAN,<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC., et al.,<br><br>Defendants. | MDL Case No. 4:22-md-03047-YGR<br><br>SUPPORTING ALLEGATIONS REGARDING SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL |

## I. ADDITIONAL ALLEGATIONS

1. Ann Arbor Public Schools has borne painful witness to the devastating impact of social media.

2. Like virtually everywhere in the United States now, Ann Arbor Public Schools' youth suffer from a high degree of distraction, depression, suicidality, and other mental disorders caused by or worsened by the overconsumption of social media on a daily basis, which substantially interferes with the rights of health and safety common to the general public. Indeed, youth in Washtenaw County, the county in which Ann Arbor Public Schools sits, surveyed in 2022, reported steadily increasing levels of depression and suicidal ideation since 2010.[1]

## THE PARTIES

### A. Plaintiff

3. Ann Arbor Public Schools is a school district organized and existing under the laws of the State of Michigan. It is headquartered at 2555 S State, Ann Arbor, MI 48104. There are approximately 32 schools in the district, including 22 elementary schools, 7 middle schools, and 5 high schools.[2] There are approximately 17,026 students in the Ann Arbor Public Schools. *Id.*

4. Ann Arbor Public Schools brings this action on its own behalf.

### B. Additional Defendants

5. Defendant Alphabet Inc. ("Alphabet") is a Delaware corporation with its principal place of business in Mountain View, California. Alphabet is the sole stockholder of XXVI Holdings Inc.

6. Defendant XXVI Holdings Inc. is a Delaware corporation with its principal place of business in Mountain View, California. XXVI Holdings Inc. is a wholly-owned subsidiary of Alphabet and the managing member of Google LLC.

---

[1] Washtenaw County, Michigan Profile for Healthy Youth (MiPHY) (2022) https://mi-suddr.com/michigan-profile-for-healthy-youth-miphy/.

[2] *Ann Arbor Public Schools*. Great! Schools.org. https://www.greatschools.org/michigan/ann-arbor/ann-arbor-public-schools/ (last visited Mar. 16, 2026).

7. Defendant Meta Platforms, Inc.'s ("Meta" or "Company") subsidiary, defendant Facebook Technologies, LLC ("Facebook Technologies"), was organized under the laws of the State of Delaware as "Oculus VR, LLC" on March 21, 2014, and acquired by Meta on March 25, 2014. Facebook Technologies develops Meta's virtual and augmented reality technology, such as the Meta Quest line of services, among other technologies, related to Meta's platforms, and its principal place of business is in Menlo Park, California. Defendant Meta is the sole member of Facebook Technologies.

8. Defendant Discord Inc. ("Discord") is a Delaware corporation. Its principal place of business is in San Francisco, California. Its primary product, a social media platform called Discord, was launched in 2015 and is widely available throughout the United States.

9. Defendant Roblox Corporation ("Roblox") is a Delaware corporation with its principal place of business in San Mateo, California. Roblox launched its eponymous online gaming platform in 2006, which is widely available to users throughout the United States.

**C. Additional Allegations Relating to Defendant Discord**

10. Plaintiff incorporates by reference each and every allegation against Discord included in *C.U. v. Snap Inc.*, No. 4:22-cv-07347-YGR (N.D. Cal.) (ECF 1), and *Guillot v. Meta Platforms, Inc.*, No. 4:23-cv-03453-YGR (N.D. Cal.) (ECF 1).

11. Discord is an instant messaging and social media platform that allows for users to communicate with each other through private and group-based messaging, including through text, photos, videos, and video calls. It can be likened to a series of chat rooms and groups in which users can engage in conversation with others. It was launched in 2015. As of January 2024, the platform had more than 196 million active users each month.[3] As noted by co-founder and CEO

[3] Werner Geyser, *The Latest Discord Statistics: Servers, Revenue, Data, and More*, Influencer Marketing Hub (Jan. 30, 2024), https://influencermarketinghub.com/discord-stats/.

Jason Citron at the January 31, 2024 Congressional hearing, more than 60% of Discord's active users are between the ages of 13 and 24 years old.[4]

12. Discord generates revenue through user subscription fees that gives users access to features like custom emojis for $5 or $10 per month. Discord also generates revenue through access to its server, of which the company takes a 10% cut.[5]

13. Discord has designed, developed, produced, operated, promoted, distributed, and marketed its platforms to attract, capture, and addict youth, with minimal parental oversight. Not only are Discord's features engineered to induce compulsive use by young people, it has also failed to reasonably protect child users and help limit and prevent child sexual exploitation, sextortion, and distribution of known Child Sexual Assault Material ("CSAM") by failing to implement certain design features that prioritize children's safety.

14. Discord has designed and operates its product in such a way that it also allows people to chat using fake names; and the task of enforcing community standards is largely delegated to the organizers of individual Discord groups, called "servers."[6] By default, all users – including users under 18 years old – can receive friend invitations from anyone in the same server, which opens the ability for them to send and receive private messages from strangers.[7]

15. Discord's dangerous and harmful design features include, *inter alia*, a lack of reliable age verification to determine users' ages; failure to implement effective parental controls; failure to implement effective parental notifications; failure to enable default protections for youth in order to protect against compulsive use or overuse of the product; and a lack of community

---

[4] Adi Robertson, *Meta, TikTok, and other tech companies go to Congress: all the news*, Verge (Jan. 31, 2024), https://www.theverge.com/2024/1/31/24056136/congress-child-safety-hearing-kosa-meta-x-discord-snap-tiktok/archives/2.

[5] Kellen Browning, *How Discord, Born From an Obscure Game, Became a Social Hub for Young People*, N.Y. Times (Dec. 29, 2021), https://www.nytimes.com/2021/12/29/business/discord-server-social-media.html.

[6] *Id.*

[7] Samantha Murphy Kelly, *The dark side of Discord for teens*, CNN Bus. (Mar. 22, 2022), https://www.cnn.com/2022/03/22/tech/discord-teens/index.html.

safety precautions to prevent adults from preying on children, such as false assurances that certain features will keep users safe and downplaying the dangers of its product to youth users.

16. Discord's terms of use prohibit users under 13 years old, but Discord does not verify user age or identity. There is no parental notification to parents when a youth user signs up for a new account. Because it has failed to implement a robust and effective age verification process, there are children aged 13 and under using the product; in fact, Discord is aware that children as young as eight years old are currently using the product.[8] Discord has access to information within its platform to identify the age of its users because youth users often state their real age in their bio and/or tell other users their real age in group and private chats using one or more Discord product features. Youth users also post photos that often reflect their actual age.

17. In many cases, youth users are able to access Discord throughout the school day because it is not one of the applications that is blocked on school networks, such as Snapchat and Instagram.[9]

18. Discord has failed to implement safety features such that there is an unreasonable opportunity for and risk of sexual exploitation of youth on the platform. By default, all product users – including users under 18 years old – can receive friend invitations from anyone in the same server, which opens the ability for them to send and receive private messages from strangers.[10] Discord has failed to implement effective parental controls to prevent such activity from causing harm to youth. Discord has failed to implement effective tools for youth/parent users to choose to avoid such problematic and harmful experiences.

19. Discord's purported "safety" features create a false sense of security on the platform, which create an unreasonable risk of harm to youth. For instance, until in or around

---

[8] Kellen Browning, *How Discord, Born From an Obscure Game, Became a Social Hub for Young People*, N.Y. Times (Dec. 29, 2021), https://www.nytimes.com/2021/12/29/business/discord-server-social-media.html.

[9] Samantha Murphy Kelly, *The dark side of Discord for teens*, *supra* note 7.

[10] *Id.*

October 2023, the Discord support pages described the platform's "Safe Direct Messaging" options in the following ways:

- Keep me safe: the safest option. This will have Discord scan any image sent in all DMs, regardless of whether you've added the user on your friend list, or the user is DMing you just by sharing a mutual server.

- My friends are nice: The medium-est option! This will let Discord know to scan any images sent in DMs from users that aren't on your friends list, but also to trust your previously-added friends and not worry about any images they send.

- Do not scan: The self-confident option. Enabling this option will completely disable Discord's image scanning process, and leave you for a walk on the wild side for any and all DMs you receive. Careful, it's a jungle out there!

20. These representations reasonably would lead youth users to believe that Discord will scan for and block sexually explicit materials, including materials used to groom and/or blackmail youth users. Discord should not be offering less-safe options ("My friends are nice" and "Do not scan")[11] to youth users without parental consent. The less-safe options as product features are further defective and/or dangerous for youth users because they downplay the risks of sexually explicit and/or otherwise harmful content through direct messaging, with descriptions such as "the wild side" and "a jungle," and suggesting that the "Do not scan" option is "The self-confident option." This creates a false sense of security that results in direct harm to Discord's youth users.

21. Further, the safe messaging features do not operate as promised. The "Keep me safe" option, as described, would reasonably lead a youth user to understand that Discord's scanning service would keep them "safe" from predatory users and sexually explicit and/or otherwise harmful content. However, Discord's safety scanning service did not do even that. This

[11] *Id.*

option filters explicit context received in direct messages only, not those received through group messaging.[12] The viewing and trading of CSAM is rampant via Discord.[13]

22. Discord's complete lack of parental controls also presents an unreasonable risk of harm to youth users. This allows youth to use the platform and be exposed to the risks of trauma, abuse, grooming, and exploitation through use of the product, all under the false impression that Discord is taking affirmative action to keep the users safe.

23. Youth users on Discord are exposed to sexual predators, who contact them over the platform, cultivate emotional connections, and engage in "grooming" in order to exploit, manipulate, and abuse such youth users.[14] Youth are exposed to self-harm chats, including shared tips on how to hide cutting and other self-harm from parents, and suggested advice on how to run away from home (in at least one reported instance to meet up with an adult met through the platform).[15]

24. Discord does not provide effective warnings to youth users or parents regarding the unreasonable risk of harm to youth in using the product. It makes it difficult for parents or other visitors of the platform to report CSAM, other inappropriate or harmful content, or predatory user accounts without needing to either log into the platform or have significant information only obtainable from the platform.

---

[12] Letter from Patrick Trueman and Dawn Hawkins, End Sexual Exploitation, to Jason Citron, CEO of Discord, April 26 2023, https://endsexualexploitation.org/wp-content/uploads/Discord-Notification-Letter_DDL-2023_FINAL_Redacted.pdf.

[13] *Id.*; *Afraid, Uncertain, and Overwhelmed: A Survey of Parents on Online Sexual Exploitation of Children*, Parents Together Action (2023), https://parentstogetheraction.org/wp-content/uploads/2023/03/PT_PDF_final-2.pdf.

[14] *See* Dee Dee Gatton, *Discord app raises safety concerns as experts warn of sexual exploitation risks*, 24 News (June 22, 2023), https://nbc24.com/news/nation-world/discord-app-raises-safety-concerns-as-experts-warn-of-sexual-exploitation-risks-the-national-center-on-sexual-exploitation-purdue-university-dr-kathryn-seigfried-spellar-chat-app-grooming-social-media-platform; Samantha Murphy Kelly. *The dark side of discord for teens.*

[15] Samantha Murphy Kelly, *The dark side of Discord for teens*, *supra* note 7.

25. Discord has additional product defects that encourage compulsive use and overuse of its product. For instance, Discord does not provide an option to users to self-restrict time on the platform.

26. Youth lack the cognitive ability and life experience to identify online grooming behavior by adults and the psychosocial maturity to decline invitations to exchange sexually explicit or otherwise salacious or violent material and mass-messaging capabilities. At all relevant times, Discord allowed direct messaging with and by youth without parental notification.

27. In 2023, Discord finally began to implement additional safety features for youth. In July 2023, Discord launched a Family Center that allows for limited parental monitoring of youth users' activities on Discord.[16] This program is "opt-in," which means youth must choose to include their parents in the Family Center in order for it to be effective. In October 2023, Discord launched the "Teen Safety Assist" initiative to attempt to address some of the risks to youth users.[17] Two of the new features include a safety alert to a teen user when a teen user receives a direct message from a user for the first time and a content filter that automatically blurs sensitive content received through a direct or group message.[18]

28. Discord's defective and harmful product features present unreasonable risks of harm to youth users and have directly harmed youth users. Because Discord allows fake usernames, does not verify age, does not facilitate parental controls, and misleads users to believe that there is a "safe" messaging option, youth have been groomed, exploited, and abused by other users through Discord without protection, as well as exposed to harmful content, such as self-harm and violent material.[19] Discord enables sexual predators to text, call, and video chat with youth users and prey on their vulnerabilities.

---

16 *Stay Connected with Your Teen Using Discord's Family Center*, Discord Blog (July 11, 2023), https://discord.com/blog/discord-family-center-stay-connected-with-your-teen.

17 *How We're Making Discord the Best Place to Hang Out and Have Fun with Your Friends*, Discord Blog (Oct. 19, 2023), https://discord.com/blog/best-place-to-hang-out-with-friends.

18 *Id.*

19 Samantha Murphy Kelly, *The dark side of Discord for teens*, *supra* note 7.; Kellen Browning, *How Discord, Born From an Obscure Game, Became a Social Hub for Young People*, N.Y. Times

29. Without the appropriate safety features for youth, youth users have found their way to chat rooms that share information about self-harm or eating disorders, have been subjected to sexual exploitation and manipulation by sexual predators, and have had exploitative content shared via Discord's servers.[20] A June 2023 report found that since Discord's launch, at least 35 criminal prosecutions involving charges of kidnapping, grooming, or sexual assault and 165 prosecutions related to child sexual abuse included communications using Discord.[21]

30. In Plaintiffs' own city of Ann Arbor, a man is currently facing federal charges for sexually soliciting multiple children on Discord.[22]

31. Discord's own transparency reports reveal that it received over 416,000 reports related to child safety from October 2023 to December 2023 alone.[23] It also received over 895,000 reports for exploitative and unsolicited content.[24]

32. Discord's design features and conduct facilitating the abuse of youth and exacerbating the spread of CSAM have caused Plaintiff to divert and increase resources and expenditures to provide education, counseling, disciplinary, and other social services to harmed youth.

**D. Additional Allegations Against Defendant Roblox**

33. Roblox is an online gaming platform officially launched by Roblox Corporation in 2006. The company describes its product as a "virtual universe" in which users can create and

---

(Dec. 29, 2021), https://www.nytimes.com/2021/12/29/business/discord-server-social-media.html.

[20] Samantha Murphy Kelly, *The dark side of Discord for teens*, *supra* note 7.

[21] Ben Goggin, Child predators are using Discord, a popular app among teens, for sextortion and abductions, NBC News (June 21, 2023), https://www.nbcnews.com/tech/social-media/discord-child-safety-social-platform-challenges-rcna89769.

[22] Jordyn Pair, *Man charged for soliciting minors in Ann Arbor over social media,* MLive (May 19, 2025), https://www.mlive.com/news/ann-arbor/2025/05/man-charged-for-soliciting-minors-in-ann-arbor-over-social-media.html.

[23] Discord, *Transparency Reports* (Jan. 16, 2024), https://discord.com/safety-transparency-reports/2023-q4.

[24] *Id.*

play games, engage with other users, and take part in other online experiences. The website claims: "Roblox is free to play and safe for kids aged 4+."

34. Roblox reports 79.5 million daily active users, including more than half of all American children under 16.[25] Forty percent of users are preteens.[26]

35. Roblox encourages users, including kids, to spend money on in-game purchases.[27] Users purchase Robux [Roblox currency] to then pay for virtual goods or experiences within the game, including the ability to personalize their virtual avatars with unique clothing or styles. In the EU, Roblox faces a government complaint over tricking young players into spending money.[28]

36. Roblox went public via direct listing in 2021. Roblox is not profitable; rather, its stock price is buoyed by the platform's potential advertising revenue given the size of its user base and the hours they spend online.[29] As such, to maximize potential profit, the game is designed to keep its users, including children, engaged for as long as possible.

37. Roblox is ubiquitous among children. The company reports that nearly 75 percent of American children ages 9 through 12 regularly play Roblox with friends.[30] A December 2017 study reported that young children – ages 5 to 9 – spent more time playing Roblox than any other

---

[25] Taylor Lyles, *Over half of US kids are playing Roblox, and it's about to host Fortnite-esque virtual parties too*, The Verge (July 21, 2020), https://www.theverge.com/2020/7/21/21333431/roblox-over-half-of-us-kids-playing-virtual-parties-fortnite.

[26] Olivia Carville and Cecilia D'Anastasio, *Roblox's Pedophile Problem*, Bloomberg (July 22, 2024), https://www.bloomberg.com/features/2024-roblox-pedophile-problem/.

[27] Katherine Latham, *How computer games encourage kids to spend cash*, BBC (May 15, 2023), https://bbc.com/news/business-65372710.

[28] Foo Yun Chee, *Videogame firms hit with EU complaint over 'tricking consumers,'* Reuters (Sept. 12, 2024), https://www.reuters.com/technology/videogame-firms-hit-with-eu-complaint-over-tricking-consumers-2024-09-11/.

[29] Ahmen Abdulazez Abdulkadir, *Roblox stock gains favor as analyst points to future ad growth and developer changes*, Investing.com (Oct. 28, 2024), https://in.investing.com/news/company-news/roblox-stock-gains-favor-as-analyst-points-to-future-ad-growth-and-developer-changes-93CH-4492474.

[30] Shannon Lio, *How Roblox became the 'it' game for tweens – and a massive business* (Oct. 29, 2020), https://www.cnn.com/2020/10/27/tech/roblox-explainer/index.html.

online computer activity.[31] For children ages 9 through 18, Roblox came second to only YouTube. These numbers skyrocketed during the Covid-19 pandemic.[32]

38. Roblox, with its chat functions and interactive games, is a *de facto* social network for children. Roblox markets its product specifically to children and their parents. For example, Roblox has encouraged schools and other organizations to use Roblox as a tool to teach kids coding, highlighting "Roblox Educators" on their website.[33]

39. According to a report from the National Center on Sexual Exploitation ("NCOSE"), many of the games on Roblox contain sexually explicit themes, including strip clubs and dance clubs. Under-13 users have access to much of this adult content.[34] Youth have reported being lured into virtual sexual experiences, including so-called "condo experiences," which involve visiting someone's "home," and then being invited into the "bedroom" for virtual sexual acts. The NCOSE also reported children playing a so-called "rape game."[35]

40. In some groups, members openly solicit sexual favors and the trading of child pornography, often offering Robux in exchange for explicit photos.[36] Users can also create porn videos in Roblox Studio, giving rise to a new genre of "animated" porn. Underage users, including those under 9, may encounter sexually explicit images, hate speech, or violent content in all-ages

---

[31] *Roblox Emerges as a Top Online Entertainment Platform for Kids and Teens in 2017* (Mar. 21, 2018), https://ir.roblox.com/news/news-details/2018/Roblox-Emerges-as-a-Top-Online-Entertainment-Platform-for-Kids-and-Teens-in-2017/default.aspx.

[32] Ari Levy, *While parents Zoom, their kids are flocking to an app called Roblox to hang out and play 3D games*, CNBC (Apr. 8, 2020), https://www.cnbc.com/2020/04/08/roblox-is-seeing-a-surge-during-coronavirus-shelter-in-place.html.

[33] *See* Roblox, *A new era of engaged learning*, https://education.roblox.com/educators/tps://create.roblox.com/docs/education/resources/roblox-educators (last visited Dec. 18, 2024).

[34] *Roblox: Inflated Key Metrics For Wall Street And A Pedophile Hellscape For Kids*, Hindenburg Research (Oct. 8, 2024), https://hindenburgresearch.com/roblox/.

[35] Letter from Patrick Truman & Dawn Hawkins, Nat'l Ctr. of Sexual Exploitation, to David Baszucki, Founder & CEO, Roblox (May 1, 2023), https://endsexualexploitation.org/wp-content/uploads/Roblox-Notification-Letter_DDL-2023_FINAL.pdf.

[36] *Roblox: Inflated Key Metrics For Wall Street And A Pedophile Hellscape For Kids*, *supra* note 33.

experiences. For example, one game is titled "Beat Up Homeless Outside 7/11 Simulator" and is available for users that self-identify as 13 plus.

41. According to a research report by Hindenburg Research, one former employee said that employees face pressure to not implement safety features that might cause users to leave the platform or otherwise reduce engagement.[37]

42. Roblox has failed to keep children safe on its platform. Although the company is aware that the platform allows adult predators to reach children, Roblox does not verify the age and identity of its users. Neither does it require parental approval for underage users of its platform. It takes less than one minute to create an account.

43. Roblox rejected features that current and former employees recommended.[38] For example, the company rejected pop-up safety notices and defaulting safety settings to disallow users from talking to strangers. According to some employees, the company is too reliant on AI to moderate chats even though the technology is not capable of detecting subtle signs of grooming.[39] The company, including top management, also rejected a proposal by its employees that would have required users under 13 to sign up with a parent's approval and provide a parent's email address.[40]

44. Child sexual abuse is rampant on Roblox. In 2023, Roblox reported over 13,000 incidents to the National Center for Missing and Exploited Children, according to the Bloomberg report.[41] Since 2018, police in the US have arrested around 24 predators for grooming and abusing victims on Roblox.[42] For example, in 2023, a California man was arrested after traveling across

---

[37] *Id.*

[38] Carville & D'Anastasio, *Roblox's Pedophile Problem*, *supra* note 25.

[39] *Id.*

[40] *Roblox: Inflated Key Metrics For Wall Street And A Pedophile Hellscape For Kids*, *supra* note 33.

[41] Carville & D'Anastasio, *Roblox's Pedophile Problem*, *supra* note 25.

[42] *Id.*

the country to sexually abuse a 14-year-old he met and groomed on Roblox. Another 14-year-old girl in Ohio was sexually assaulted by a man she met on Roblox. The man posed as a 17-year-old on the platform and convinced the girl to send him nude images before picking her up from school and sexually assaulting her. One 48-year-old registered sex offender in Kansas lured an 8-year-old girl into giving him 20 explicit images and videos she had shot of herself using her iPad with the promise of exchanging Robux.[43]

**E. Social Media Has Had a Harmful Effect on Ann Arbor Public Schools**

45. Ann Arbor Public Schools have been substantially harmed by the current youth mental health crisis. To address this crisis, the Ann Arbor Public Schools already fund a multitude of mental health services for children, teens, and families, including but not limited to in-school counseling, the RAHS-Pioneer Health Center, and partnerships with TRAILS and the University of Michigan to provide anxiety and depression support. Services provided also include therapy, crisis support, and the Care Solace referral service.

46. Ann Arbor Public Schools have invested in resources to address student mental health issues due to the youth mental crisis. Despite all of the programs and services it offers and funds, Ann Arbor Public Schools is struggling to provide enough mental health services because of the increase in youth seeking these services. In fact, a 2023 study prepared for the Michigan Department of Education concerning the feasibility of building a statewide comprehensive school mental health system found that insufficient funding was the main roadblock to achieving same.[44] Many children and youth cannot access services in a timely manner due to long wait lists for existing mental health care providers.

47. Those at the forefront of this crisis are the school counselors. Huron High School, one of five high schools in the Ann Arbor Public Schools, recognize these staff members with the

---

[43] *Id.*

[44] Report: Findings from the Comprehensive School Mental Health System Feasibility Study, Comprehensive Care Network (Sept. 20, 2023), https://drive.google.com/file/d/1OsyXCokF1H876iLmJCWhs-fnqSAnG-fO/view.

nickname, "the Magnificent Seven."[45] Along with navigating the shift between academic planning, college applications, 504 meetings, and crisis intervention, school counselors must also combat the increased mental health concerns social media inflicts on the student body.[46]

48. According to these school counselors, increased social media use has had a noticeable effect on students' mental health over the years. One counselor who has worked at the high school for over 20 years observed "that students who step away from social media often seem less stressed, noting that 'social media itself breeds anxiety, and we need to figure out a way for students to use it more positively.'"[47]

49. Some educators within the district have chosen to take matters into their own hands regarding cell phone use in the classroom. At Pioneer High School, some educators are removing the temptation of scrolling right when students enter the classroom.[48] Teachers have implemented "phone caddies" at classroom entrances, where students must check-in their phone at the beginning of the hour and may check it out at the end of the class period.[49] This became necessary when one teacher noticed, "'At a point years ago, many of us recognized that we were spending too much instruction time asking students to put their phones away.'" [50]

50. Another high school in the district, Skyline High School implemented a pilot phone ban.[51] The principal, Casey Elmore, found phone use at school was preventing "'in class

---

[45] *Huron High School's counseling team: the unsung heroes behind every successful school year*, AAPS District News (Aug. 26, 2025), https://news.a2schools.org/high-huron-high-schools-counseling-team-the-unsung-heroes-behind-every-successful-school-year/.

[46] *Id.*

[47] *Id.*

[48] Brooke Black, *Screens vs. School: Parents and teachers agree that cell phones are a distraction in the classroom, but Lansing punted on the problem. Could a hanging shoe organizer be the answer?* Ann Arbor Observer (Aug. 25, 2025), https://annarborobserver.com/screens-vs-school/.

[49] *Id.*

[50] *Id.*

[51] *Id.*

conversations, social dialog and interactions, [and] collaborative work because they're so attached to it.'"[52]

51. Ann Arbor Public Schools continue to seek out ways to support its students amid this youth mental health crisis. One middle school in the Ann Arbor Public Schools teamed up with University of Michigan to hold an interprofessional Peer-to-Peer Digital Wellness class.[53] The class aims to tackle the most pressing issues faced by today's youth including "addiction, cyberbullying, eating disorders, and anxiety…caused by problematic digital practices and an increase in screen time."[54]

52. According to the American Psychological Association, "Platforms built for adults are not inherently suitable for youth.[55] Youth require special protection due to areas of competence or vulnerability."[56]

53. In many cases, behavioral issues in the Ann Arbor Public Schools are directly related to Defendants' social media platforms.

54. The Ann Arbor Public Schools have faced a significant amount of disruption in the past few years due to threats made on social media against either specific schools or the district as a whole, including:

(a) Ann Arbor Public School closure on December 3, 2021 following threats of violence made against the district on social media[57];

---

[52] *Id.*

[53] Fernanda Pires, *Too much screen time? U-M pioneers digital wellness program for youths*, Michigan Today (Apr. 22, 2024), https://michigantoday.umich.edu/2024/04/22/too-much-screen-time-u-m-pioneers-digital-wellness-program-for-youths/.

[54] *Id.*

[55] *Potential risks of content, features, and functions: The science of how social media affects youth*, American Psychological Association (Apr. 2024), https://www.apa.org/topics/social-media-internet/youth-social-media-2024.

[56] *Id.*

[57] Kristina Zheng, Kate Weiland and Shannon Stocking, *Ann Arbor Public Schools to close Friday due to threats of violence on social media*, The Michigan Daily (Dec. 2, 2021),

(b) Scarlett Middle School closed on October 3, 2022 following an online threat on social media made by a student;[58] and

(c) Ann Arbor Pioneer High School closed November 29, 2022 following a threat made on social media.[59]

55. The school district rightfully takes these threats very seriously. During the December 3, 2021 closure, the Ann Arbor Superintendent Jeanice Swift shared that while the posts were not credible, the volume was "quite high."[60] The school district therefore chose to close the school "out of an abundance of caution."[61]

56. Ann Arbor Public Schools require significantly greater and long-term funding to address the nuisance the Defendants have created. This is in addition to the youth mental health services and solutions already implemented by administrators, staff, and educators alike.

### F. Defendants Employ Artificial Intelligence in Ways that Expose Youth to Harmful Experiences

57. Defendants utilize AI and machine learning through the development and operation of features, including the release of original content, that are inherently dangerous and harmful to youth. These features serve to facilitate compulsive use, overuse, and addiction by youth users, as

---

*https://www.michigandaily.com/news/ann-arbor/ann-arbor-public-schools-to-close-friday-due-to-threats-of-violence-on-social-media/.*

[58] Martin Slagter, *Student made online threat that closed Ann Arbor's Scarlett Middle School*, MLive (Oct. 6, 2022), https://www.mlive.com/news/ann-arbor/2022/10/student-made-online-threat-that-closed-ann-arbors-scarlett-middle-school.html.

[59] Levi Herron, *Pioneer High School closed due to social media threat*, The Michigan Daily (Nov. 29, 2022), https://www.michigandaily.com/news/pioneer-high-school-closed-due-to-social-media-threat/.

[60] *Ann Arbor Public Schools to close Friday due to threats of violence on social media, supra* note 57.

[61] *Id.*

well as expose youth to harmful experiences due to the lack of meaningful protections for youth users.

58. Defendants' use of AI and machine learning falls into at least three categories: the use of AI to promote addictive use; AI machine learning to conduct content moderation; and the development and publication of AI-generated original content, including, but not limited to, through large language models such as chatbots.

59. Defendants, including Google, YouTube, Meta, Facebook, Snap, Discord, and TikTok, intentionally design and operate their platforms to maximize users' screen time through the use of features intended to exploit human psychology using complex algorithms driven by advanced AI and machine-learning systems. For example, YouTube has developed and operates machine learning technology with the goal of increasing the amount of time users spend watching content on YouTube. The AI-driven suggestions succeed in maximizing user engagement. YouTube Chief Product Officer Neal Mohan stated in 2018 that YouTube's AI-driven recommendations are responsible for 70% of the time users spend on YouTube.[62] In other words, 70% of all YouTube content that users watch was recommended to users by YouTube's machine learning technology, as opposed to users purposely searching for and identifying the content they watch. Defendants have failed to implement effective parental controls to prevent such activity from causing harm to youth. Defendants have failed to implement effective tools for youth/parent users to choose to avoid such problematic and harmful experiences.

60. Meta also uses AI to keep users engaged. Rather than display information chronologically, posts are displayed based on a user's previous online activity, including whether the user previously "share[d]," "like[d]," or otherwise engaged with similar content.[63] In March 2024, Meta unveiled that it will begin using a new artificial model across all its Social

[62] Joan E. Solsman, *YouTube's AI is the puppet master over most of what you watch*, CNET (Jan. 20, 2018), https://www.cnet.com/tech/services-and-software/youtube-ces-2018-neal-mohan/.

[63] Email from Nick Clegg to Mark Zuckerberg, Re: Well-being product strategy and tech headcount, (Aug. 28, 2021), https://www.blumenthal.senate.gov/imo/media/doc/13124meta documents.pdf.

Media Platforms that promises to be even more effective at prolonging the time that users spend online.[64] Tom Alison, head of Facebook, said that the new model kept users watching its video "Reels" for 8%-10% longer, proving that the model was "learning from the data much more efficiently than the previous generation." Defendants have failed to implement effective parental controls to prevent such activity from causing harm to youth. Defendants have failed to implement effective tools for youth/parent users to choose to avoid such problematic and harmful experiences.

61. Second, Defendants rely on AI-driven technology to moderate content on their platforms, which fail to detect and block inappropriate and harmful content accessed by youth. This leads to harms, including, but not limited to, youth users getting exposed to CSAM; getting targeted by adult predators; and finding content that promotes self-harm, such as how to engage in cutting and hide it from adults. Defendants have failed to implement effective parental controls to prevent such activity from causing harm to youth. Defendants have failed to implement effective tools for youth/parent users to choose to avoid such problematic and harmful experiences.

62. Third, Defendants have developed and are operating chatbots that engage with users, including youth users, with original content composed by the applications themselves. For instance, Meta recently unveiled an AI chatbot with 28 personas, among them the "ride-or-die older sister" resembling Kendall Jenner, aimed at engaging younger users.[65] In 2023, Snap added to its feed "My AI," an AI chatbot that engages with users, including children, with on-demand text produced by the application itself. Snapchat developed this "virtual friend" to further increase engagement. It has features that make its chatbot more "friendly," such as the option to customize the chatbot's name, design a custom bitmoji avatar for it, and include it in group chats with

---

[64] Jonathan Vanian, *Meta is building a giant AI model to power its 'entire video ecosystem,' exec says*, CNBC (Mar. 6, 2024), https://www.cnbc.com/2024/03/06/facebook-working-on-single-ai-model-to-power-all-video-recommendations.html.

[65] Eliza Anderson, *Perspective: The troubling premise of Meta's new AI*, Deseret News (Nov. 25, 2023), https://www.deseret.com/2023/11/25/23970137/meta-ai-billie-big-sister-artificial-intelligence-tom-brady-kendall-jenner/.

friends.[66] It is not possible to remove the chatbot from a user's feed unless that user pays to subscribe to Snap's premium subscription service.

63. In tests that have been recreated multiple times, Snap's My AI responds to self-identified youth users with inappropriate and misleading content, including how to hide the smells of alcohol and marijuana, how to "set the mood" for a minor having sex with a 30-year-old for the first time, and allows essay writing for self-identified students when asked to do so for a school project.[67] It even explains to teens how to hide the Snap application from parental monitoring.[68] In user tests, the My AI becomes more problematic the longer one chats with it.[69]

64. Snap's My AI is also problematic in providing mental health advice to youth users because it can reinforce confirmation bias, allowing users to continue to feel badly if they approach the chatbot in a negative mood.[70] According to Alexandra Hamlet, a clinical psychologist in New York City: "If a teen is in a negative mood and does not have the awareness desire to feel better, they may seek out a conversation with a chatbot that they know will make them feel worse. . . . Over time, having interactions like these can erode [] teens' sense of worth, despite their knowing that they are really talking to a bot."[71]

---

[66] Samantha Murphy Kelly, *Snapchat's new AI chatbot is already raising alarms among teens and parents*, CNN Bus. (Apr. 27, 2023), https://www.cnn.com/2023/04/27/tech/snapchat-my-ai-concerns-wellness/index.html.

[67] Geoffrey A. Fowler, *Snapchat tried to make a safe AI. It chats with me about booze and sex*, Wash. Post (Mar. 14, 2023), https://www.washingtonpost.com/technology/2023/03/14/snapchat-myai/; *see also* Common Sense Media, AI Initiative, *My AI* (Oct. 19, 2023), https://www.commonsensemedia.org/ai-ratings/my-ai.

[68] *Id.*

[69] *Id.*

[70] Sarah Perez, *Several popular AI products flagged as unsafe for Kids by Common Sense Media*, Tech Crunch (Nov. 16, 2023), https://techcrunch.com/2023/11/16/several-popular-ai-products-flagged-as-unsafe-for-kids-by-common-sense-media/#:~:text=An%20independent%20review%20of%20popular%20AI%20tools%20has,Stable%20Diffusion%2C%20may%20not%20be%20safe%20for%20kids.

[71] Samantha Murphy Kelly, *Snapchat's new AI chatbot is already raising alarms among teens and parents*, *supra* note 49.

65. Defendants' large language models, such as Snap's My AI, put youth users at an unreasonable risk of harm and expose youth users to harmful experiences and inappropriate and dangerous content created by Defendants themselves. Defendants are aware that their AI language models are "experimental" and yet continue to expose youth to harm through the original content they produce.[72] Defendants have failed to implement effective parental controls to prevent such activity from causing harm to youth. Defendants have failed to implement effective tools for youth/parent users to choose to avoid such problematic and harmful experiences.

## II. ADDITIONAL CAUSES OF ACTION

### COUNT III

**Fraudulent Misrepresentation and Concealment**
**(Against All Defendants)**

66. At all times relevant to this litigation, each Defendants concealed and intentionally failed to disclose material facts known to them regarding the dangers of their social media platforms for youth. Defendants sought to further the public perception about the safety of their social media platforms for youth by disseminating false statements to Congress and to the public. Any risk disclosures were substantially understated.

67. Each Defendant intended the omission of the concealed facts to deceive Plaintiff, and intended Plaintiff to rely upon the omission.

68. Plaintiff was unaware of the concealed facts. Plaintiff, its agents, and the public justifiably relied on the false information Defendants provided to them, both directly and indirectly, as Defendants intended.

69. As a result, Plaintiff proceeded under the misapprehension that the youth mental health crisis was a result of conduct by persons other than Defendants and was prevented from taking more effective and earlier steps to respond to the youth mental health crisis.

---

[72] Geoffrey A. Fowler, *Snapchat tried to make a safe AI. It chats with me about booze and sex*, *supra* note 50.

70. Had Plaintiff known the truth about the concealed facts, Plaintiff would have taken other steps to correct the false information and address earlier the youth mental health crisis it faced.

71. Each Defendant's failure to disclose information about the true level of danger presented by Defendants' social media platforms to Plaintiff's residents deceived Plaintiff and was a substantial factor in causing harm to Plaintiff.

72. Plaintiff was damaged due to its justified reliance on each of the Defendants' fraudulent misrepresentations and concealments, which were made with oppression, fraud, or malice.

DATED: March 17, 2026

*/s/ Paul F. Novak*

PAUL F. NOVAK
3011 W Grand Blvd, 24th Floor
Detroit, MI 48202
Telephone: (313) 800-4166
pnovak@weitzlux.com

WEITZ & LUXENBERG P.C.
JAMES J. BILSBORROW
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
jbilsborrow@weitzlux.com

WEITZ & LUXENBERG P.C.
DEVIN BOLTON (290037)
1880 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 247-0921
Facsimile: (212) 344-5461
dbolton@weitzlux.com

THE SAM BERNSTEIN LAW FIRM PLLC
MARK BERNSTEIN
MATTHEW ANEESE
31731 Northwestern Hwy, Suite 333
Farmington Hills, MI 48334
Ph: (800) 225-5726
mbernstein@sambernstein.com
maneese@sambernstein.com

*Attorneys for Plaintiff*